IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MILDRED L.BUSKIRK,

Plaintiff,

v.                                                        Case No.: 15-340 JPG/SCW

NATIONSTAR MORTGAGE, LLC,

Defendant.

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: November 6, 2015                JUSTINE FLANAGAN, Acting Clerk of Court

                                       s/Reid Hermann____
                                       Deputy Clerk


Approved:    *s/J. Phil Gilbert*
             J. PHIL GILBERT
             DISTRICT JUDGE